Frank M. Gasparo (motion for *pro hac vice* admission forthcoming)
Todd M. Nosher
Gianna Cricco-Lizza
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.:  (212) 307-5500
Facsimile No.:  (212) 307-5598
fmgasparo@venable.com
tmnosher@venable.com
gecricco-lizza@venable.com

*Attorneys for Dechra Limited and
Dechra Pharmaceuticals PLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DECHRA LIMITED and DECHRA PHARMACEUTICALS PLC**<br><br>          Plaintiffs,<br><br>     v.<br><br><br>**WEDGEWOOD VILLAGE PHARMACY, LLC d/b/a WEDGEWOOD PHARMACY**<br><br>          Defendant. | **Civil Action No**. _____<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Dechra Limited and Dechra Pharmaceuticals PLC, by and through their undersigned counsel of record, hereby certifies as follows: Plaintiff Dechra Limited is subsidiary of parent company Dechra Pharmaceuticals PLC, a publicly traded company. Dechra Pharmaceuticals PLC has no parent company, nor does any publicly held corporation own more than 10% of its stock.

Dated: September 21, 2018

Respectfully submitted,

/s/ Todd M. Nosher

Frank M. Gasparo (motion for *pro hac vice* admission forthcoming)
Todd M. Nosher
Gianna Cricco-Lizza
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.:  (212) 307-5500
Facsimile No.:  (212) 307-5598
fmgasparo@venable.com
tmnosher@venable.com
gecricco-lizza@venable.com

*Attorneys for Dechra Limited and*
*Dechra Pharmaceuticals PLC*